6/26/13  9:13AM
FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Jacqueline Long**                                    Case No.
                          Debtor(s)                          Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Jacqueline Long** | S.S.# **xxx-xx-6266** |
| | (W) | S.S.# |
| ADDRESS: | **505 Chester Levee Rd** | |
| | **Jackson, TN 38301** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **356.00 ETW  PRD** | |
| PAYROLL DEDUCTION: | OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Jackson Mad Co Gen Hospital** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
|---|---|---|---|---|
| **Regions Mortgage** | Ongoing pmt. Begin **Sept. 2013** | | | $ **547.00** |
| | Approx. arrearage **5,308.29** | Interest | % | $ **88.00** |
| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | | MONTHLY PLAN PMT. |
| **First Heritage** | $ **2,416.57** | **10.00** % | | $ **60.00** |
| **Santander  Surrendering 2011 Nissan Altima** | $ | % | | $ |

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be paid to be determined by Trustee;

**Best Buy;Drive Train;Ecast Settlement Corp;Emergency  Medical Care Facilities PC;Emergency Med Care Facilities;Fox Collection;GE Capital Retail Bank;Jackson Mad Co Gen Hospital;Jackson Mad Co Gen Hospital;Jackson Pathology Group PC;Jackson Radiology Associates;Jackson Radiology Associates;;JMCGH;JMCGH;Lane Bryant;Lens Crafters;Maurices;Pediatric Hospitalist;Premier Dental;Professional Anesthesia  Associates;Republic Finance LLC #105;Republic Financial Bankruptcy Center;Sears;Women's Clinic;**

*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$30,678.00**

TERMINATION:           Plan shall terminate upon payment of the above, approximately **60** months.

**The Balance of the student loan will survive discharge**
**Jackson State College :      $848.62      10.00/ m**

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

| DEBTOR'S ATTORNEY: | **C. Jerome Teel, Jr. 016310** |
|---|---|
| | **Teel & Maroney, PLC** |
| | **425 East Baltimore** |
| | **Jackson, TN 38301** |
| | **(731)424-3315 Fax:(731)424-3501wgk** |